# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

KENNETH O. YOUNG  
Chief Probation Officer

101 West Broadway  
Suite 700  
San Diego, CA 92101-7991  
(619) 557-6660

November 6, 2009



The Honorable G. Thompson Jr.  
Senior U.S. District Judge  
Southern District of California  
San Diego, California

Re: HERNANDEZ-Contreras, Jose  
Dkt. No. 09CR02808-001-GT  
**REQUEST FOR CONTINUANCE OF SENTENCING**

Dear Judge Thompson:

On September 9, 2009, Jose HERNANDEZ-Contreras appeared before Your Honor at which time he pled guilty to one count of 8 U.S.C. § 1326(a) and (b), Attempted Entry After Deportation. Sentencing was subsequently set for November 25, 2009.

Since the defendant's conviction, there have been difficulties in coordinating the probation interview, as defense counsel had to reschedule the interview for a later date. Consequently, a presentence interview was recently completed on October 22, 2009. Due to this delayed interview date, it has not been possible to complete a thorough investigation and file the presentence report in accordance with General Order 350.

As such, it is requested that Mr. HERNANDEZ-Contreras' sentencing be continued from November 25, 2009, to December 21, 2009, at 9:00 a.m. Your Honor's courtroom deputy advised that this date would be compatible with the Court's calender. In addition, the AUSA and defense counsel are in agreement with the continuance request. Lastly, a checklist is appended for the Court's response.

Re: HERNANDEZ-Contreras, Jose  
Dkt. No. 09CR02808-001-GT

November 6, 2009  
Page 2

Should Your Honor have questions or concerns, please contact me at (619) 557-6517.

Respectfully submitted,

KENNETH O. YOUNG  
CHIEF PROBATION OFFICER

By: *Naomi L. Stalbaum*

Naomi L. Stalbaum  
U.S. Probation Officer

nls/nls  
Attachments: Continuance Order  
cc: AUSA and defense counsel

Reviewed by: *Virginia Fallon Westerheide*  
Virginia Fallon Westerheide  
Supervising U.S. Probation Officer

Re: HERNANDEZ-Contreras, Jose  
Dkt. No. 09CR02808-001-GT

November 6, 2009  
Page 3

COURT ACTION DESIRED:

__✓__ 1. Agree, continue the sentencing from November 25, 2009, to December 21, 2009, at 9:00 a.m.

_____ 2. Disagree, sentencing to remain as scheduled. The presentence report is to be prepared not in accordance with General Order 350.

_____ 3. Other. _____

_____

_____  
The Honorable G. Thompson Jr.  
Senior U.S. District Judge

__11-11-09__  
Date